UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------

JAMEL DARREL HEGGS,

        Plaintiff,

 vs               9:04-CV-1217

C.O. CHAKAONAS, Correction Officer;
STEPHEN ROBERTS, Hearing Officer; and
DONALD SELSKY, Director of Special Housing,

        Defendants.

-----------------------------------------

| APPEARANCES: | OF COUNSEL: |
|---|---|
| JAMEL DARREL HEGGS<br>01-a-4428<br>Auburn Correctional facility<br>P.O. Box 618<br>Auburn, NY 13024 | |
| HON. ELIOT SPITZER<br>Attorney General of the<br> State of New York<br>Attorney for Defendants<br>Department of Law<br>The Capitol<br>Albany, New York 12224 | BRUCE J. BOIVIN, ESQ.<br>Asst. Attorney General |

DAVID N. HURD
United States District Judge

# O R D E R

  Plaintiff, Jamel Darrel Heggs, brought this civil rights action pursuant to 42 U.S.C.

§ 1983.  In a Report Recommendation dated February 28, 2006, the Honorable Gustave J.

DiBianco, United States Magistrate Judge, recommended that defendants' motion for

judgment on the pleadings be granted, and the complaint be dismissed in its entirety.  The

defendants have indicated they will not be submitting objections to the Report-Recommendation, nor will they be filing a response to the plaintiff's objections.

Based upon a de novo determination of the portions of the Report-Recommendation to which the plaintiff has objected, the Report-Recommendation is accepted and adopted in whole.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1. The defendants' motion for judgment on the pleadings is GRANTED; and

2. The complaint is DISMISSED in its entirety.

The Clerk is directed to file judgment accordingly.

IT IS SO ORDERED.

Dated:   April    10, 2006
            Utica, New York.

_____
United States District Judge